# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1257MN

_____

| | |
|---|---|
| Leland W. Jacobs, | * |
| | * |
| Appellant, | * |
| | * |
| | *  On Appeal from the United |
| v. | *  States District Court |
| | *  for the District of |
| Gear Properties; Bonnie Gear, | *  Minnesota. |
| individually, doing business as Gear | * |
| Properties; Alan Gear, individually, | *  [Not To Be Published] |
| doing business as Gear Properties, | * |
| | * |
| Appellees. | * |

_____

Submitted: January 22, 2001
Filed: February 2, 2001

_____

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Leland W. Jacobs appeals the District Court's[1] dismissal of his civil rights action, in which he claimed that defendants evicted him from his apartment for a discriminatory or retaliatory reason. Plaintiff's eviction occurred after defendants

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

prevailed in their state court unlawful detainer action against him.[2]  After de novo review, see Lemonds v. St. Louis County, 222 F.3d 488, 492 (8th Cir. 2000), we conclude the District Court properly dismissed plaintiff's action, as it lacked subject matter jurisdiction under the Rooker-Feldman[3] doctrine.  See Charchenko v. City of Stillwater, 47 F.3d 981, 983 (8th Cir. 1995) (Rooker-Feldman precludes federal claims if relief requested would effectively reverse state court decision or void its ruling).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]Gear Props. v. Jacobs, No. C1-97-2266, 1998 WL 550762 (Minn. Ct. App. Sept. 1, 1998) (unpublished decision).

[3]Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); Dist. of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983).